MIE (Rev. 9/09) Order Re: Disqualification of Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Riola J. Billops, et al.,

                    Plaintiff(s),                        Case No.  12-15395

v.                                                      Honorable  Gershwin A. Drain

Target Corporation,

                    Defendant(s).
_____/

## ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw

to another judge of this court.

Date:  October 12, 2021                          s/Gershwin A. Drain
                                                 Gershwin A. Drain
                                                 U.S. District Judge

_____

        Pursuant to this order, this case is reassigned to Judge   Terrence G. Berg                          .
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

        I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel
of record herein by electronic means or first class U.S. mail.

Date:  October 12, 2021                          s/N. Ahmed
                                                 Deputy Clerk